UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Larry R. Mailhot</u>

    v.                                    Civil No. 12-cv-103-SM

<u>American Red Cross</u>

O R D E R

On June 28, 2012, a preliminary pretrial conference was held in this case. Larry R. Mailhot appeared on his own behalf; Attorney Jon S. Barooshian appeared for defendant. The court approves the Proposed Discovery Plan (document no. 7), with minor amendments. Each amendment, with the exception of the mandatory disclosures deadline, was discussed on the record with the parties. The key deadlines in the scheduling order are summarized in the chart below.

| Scheduling Designation | Deadline |
|---|---|
| **Mandatory Disclosures pursuant to Rule 26(a)(1)** | July 13, 2012 |
| **Amendment of Pleadings** | September 1, 2012 |
| **Motions to Dismiss** | August 1, 2012 |
| **Disclosure of Claims Against Unnamed Parties** | November 1, 2012 |
| **Joinder of Additional Parties** | November 1, 2012 |
| **Third-Party Actions** | November 1, 2012 |
| **Completion of Discovery** | December 31, 2012 |

| **Experts and Experts' Written Reports** | Plaintiff: January 31, 2013<br>Defendant: March 1, 2013 |
|---|---|
| **Experts Supplementation under Rule 26(a)** | July 22, 2013 |
| **Challenges to Expert Testimony** | July 8, 2013 |
| **Motions for Summary Judgment** | April 1, 2013 |
| **Jury Trial Date** | August 20, 2013 |

With the exception of the mandatory disclosures deadline (which the court neglected to discuss with the parties), the parties agreed with the above deadlines.

_____
Landya B. McCafferty
United States Magistrate Judge

June 28, 2012

cc: Larry R. Mailhot, pro se
    Jon S. Barooshian, Esq.